AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
4/3/17
BY _____
DEPUTY CLERK

USA  v.  Gu

EXHIBIT AND WITNESS LIST

CASE NUMBER: 16 CR 84-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John M. Conroy, USMJ | Gov't  M. Drescher, AUSA | D. McColgin, AFPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/3/17 | Recorded | Jarvis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 4/3/17 | ✓ | ✓ | Transcript - SJ Hrg  8/16/16 |
| 2 |  |  |  |  |  |
| 3 |  |  |  |  |  |
| 4 |  | 4/3/17 | ✓ | ✓ | Photo's of Credit/Bank Cards |
| 5 |  | 4/3/17 | ✓ | ✓ | Non Driver ID photo - AI J Chen |
| 6 |  | 4/3/17 | ✓ | ✓ | Photo - Notary Stamp Machine/Seal |
| 7 |  | 4/3/17 | ✓ | ✓ | Complaint - ~~Brevard~~ Cty FL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages