UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ALISON GU, a/k/a "Alison Ling,"<br>"Ally Koo," "Ai J. Chen," "Ai Jen Chen,"<br>"Jing Shao," "Yijing Gu," "Yijing Lin,"<br>"Alison Yi Gu,"<br>        Defendant. | Crim. No. 2:16-cr-84 |

### UNITED STATES' OPPOSITION TO MOTION TO MODIFY CONDITIONS

The United States of America, by and through its attorney, Eugenia A.P. Cowles, Acting United States Attorney for the District of Vermont, hereby opposes defendant Gu's motion to modify conditions (document 116). This Court has previously found that Gu likely committed a federal crime while under the Court's supervision. In an act of leniency toward Gu, rather than revoking her pre-trial release, the Court imposed stricter conditions of release, including home confinement. Gu's motion now tries to undo some of those stricter conditions because they cause her inconvenience.

Gu seeks to be supervised in both Connecticut and Vermont with apparent free reign to travel between those States. She pursues this relief because, she says,

1

her health care providers are located in Connecticut and her home-schooled children have weekend extra-curricular activities in Connecticut. She also claims that her doctor opined on April 14 that she is unable drive more than 3 hours per day, and offers a doctor's note dated April 19, listing three diagnoses that preceded that date: PTSD, Insomnia, and Memory Loss. The documents provide no explanation how or why these diagnoses influence the doctor's statement that Gu "can drive no longer then [sic] 3 hr per day."

At this stage in her supervision, Gu's convenience should not be a basis for altering her conditions of release. But even if it were, Gu's motion should still fail. She does not explain why health care providers in Vermont are unacceptable to her. She does not explain why her presence in Connecticut is necessary for home-schooled children to partake in extra-curricular activities. (Since they are home-schooled, it is unclear why their extra-curricular activities are restricted to the State of Connecticut.) And her doctor (assuming for purposes of this opposition that the exhibits to her motion are authentic) offers no explanation for his summary opinion that Gu is unable to drive more than three hours a day.

At bottom, however, Gu's predicament is of her own making. She has failed to explain why it is necessary for her to be supervised in both States. Her motion should be denied.

Dated at Burlington, in the District of Vermont, May 11, 2017.

          Respectfully submitted,

          UNITED STATES OF AMERICA

          EUGENIA A.P. COWLES
          Acting United States Attorney

By:     */S/ MICHAEL P. DRESCHER*
          Michael P. Drescher
          Assistant U.S. Attorney
          P.O. Box 570
          Burlington, VT 05402-0570
          (802) 951-6725
          Michael.Drescher@usdoj.gov

## Certificate of Service

By filing the above document via the Court's electronic filing system, a copy will be served on David McColgin, Counsel for Defendant.

Dated at Burlington, in the District of Vermont, May 11, 2017.

                                        Respectfully submitted,

                                        UNITED STATES OF AMERICA

                                        EUGENIA A.P. COWLES
                                        Acting United States Attorney

By:        */S/ MICHAEL P. DRESCHER*
                Michael P. Drescher
                Assistant U.S. Attorney
                P.O. Box 570
                Burlington, VT 05402-0570
                (802) 951-6725
                Michael.Drescher@usdoj.gov