# UNITED STATES DISTRICT COURT

**DISTRICT OF** VERMONT

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Alison Gu | Case Number: 16-cr-084-1 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christina Reiss, Chief Judge | Michael Drescher, Kevin Doyle | Lisa Shelkrot, Manisha Munshi |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/31/2017-11/7/2017 | Anne Pierce | J. Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/31/2017 | | | Jeffrey Oberdank, Bureau Chief, Driver Licensing State of New Hamphsire |
| 2 | | 10/31/2017 | | | Steven Clarke, NHIAC |
| 3 | | 10/31/2017 | | | Victor Farinelli, Dep. Registrar of Vital Statistics, Austin Texas |
| 4 | | 10/31/2017 | | | Ruth Gallager, Montgomery County Alabama Probate Court |
| 5 | | 10/31/2017 | | | Jaclyn Pratt, SSA |
| 6 | | 10/31/2017 | | | Rosette Keopadusky, Custodian of Records, San Joaquin County CA County Clerk |
| 7 | | 10/31/2017 | | | Martha Arteaga, Custodian of Records, Orange County CA County Clerk |
| 8 | | 10/31/2017 | 11/2 | 11/3 | Scott Rogers, Intelligence Research Specialist |
| 9 | | 10/31/2017 | | | Manuel Pacheco, Charleston Passport Agency |
| 10 | | 10/31/2017 | | | Michael Laflin, Security, Johnson State College |
| 11 | | 11/1/2017 | | | Lisa Souls, Bank of Bennington |
| 12 | | 11/1/2017 | | | Craig Thibeau, North East Financial |
| 13 | | 11/1/2017 | | | Michael Tubin |
| 14 | | 11/1/2017 | | | Elizabeth Sachatello, Alexion Pharma |
| 15 | | 11/1/2017 | | | Karen Malek, Emigrant Mortgage Co |
| 16 | | 11/1/2017 | | | Michael P. Casey, US Dept. of State |
| 17 | | 11/1/2017 | | | Christine Cetra, Law Offices of Theresa Giacomo |
| 18 | | 11/1/2017 | | | Edward S. Hill, Cappalli & Hill, LLC |
| 19 | | 11/2/2017 | | | Officer David Antedoenico, Danbury Police Dept. |
| 20 | | 11/2/2017 | | | Debra Ortiz Concepcion |
| 21 | | 11/2/2017 | | | Gail Gilbert, AIA Beachside Title (appearing by video) |
| 22 | | 11/2/2017 | | | Peter Bjorlie, First National Bank of America |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages

✎AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

|  | VS. |  | CASE NO. |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 |  | 11/2/2017 |  |  | Matt Bird, 1800PublicRelations.com |
| 24 |  | 11/2/2017 |  |  | Det. Roger Brooks, Danbury CT Police Dept |
| 25 |  | 11/2/2017 |  |  | Christina Abel (Riley) |
| 26 |  | 11/2/2017 |  |  | Barbara Wisausky, Hobson Associates |
| 27 |  | 11/2/2017 |  |  | Steve Selby, Business America Services |
| 28 |  | 11/2/2017 |  |  | Liz Arpin, CT DESPP-DSS |
| 29 |  | 11/3/2017 |  |  | Daniel Young |
| 30 |  | 11/3/2017 |  |  | Michelle Marone |

Page _____ of _____ Pages