UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JAN -9  AM 11: 51

CLERK

BY _____
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALISON GU, a/k/a "Alison Ling," "Ally Koo", ) <br> "Ai J. Chen," "Ai Jen Chen," "Ai Chen," ) <br> "Jing Shao," "Yijing Gu," "Yijing Lin," ) <br> "Alison Yi Gu," ) <br>     Defendant. ) | Docket No. 2:16-cr-84-1 |

**FINAL ORDER OF FORFEITURE**

WHEREAS, in the forfeiture notice of the Superseding Indictment, the United States sought forfeiture of a money judgment of the Defendant pursuant to 18 U.S.C. § 982(a)(2) upon conviction of an offense in violation of 18 U.S.C. § 1344(1), as property constituting, or derived from, proceeds obtained directly or indirectly, as a result of said violation;

AND WHEREAS, On November 7, 2017, a jury returned a verdict of guilty as to Defendant Gu with respect to all counts, including the bank fraud charged in Count One of the Superseding Indictment. Prior to the verdict Defendant Gu executed a Waiver of Right to Jury Trial as to the Forfeiture Issue;

AND WHEREAS, On December 27, 2018 at the sentencing hearing of the Defendant, the Court awarded the Government a forfeiture money judgment in the amount of $109,104.00, due immediately;

AND WHEREAS, the United States has filed a Motion for a Final Order of Forfeiture for the personal money judgment in the amount of $109,104.00 against the Defendant;

AND WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the

extent that the forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant Gu shall forfeit to the United States the sum of $109,104.00 pursuant to 18 U.S.C. §§ 1344 and 982(a)(2).

IT IS FURTHER ORDERED that the U.S. District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Final Order of Forfeiture to substitute property having a value not to exceed $109,104.00 to satisfy the money judgment in whole or in part. *The court, however, will determine whether such substitute is appropriate. CR*

Dated at Burlington, in the District of Vermont, this 9th day of January, 2019.

CHRISTINA REISS
United States District Judge