✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Vermont

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Alison Gu | Case Number: 2:16-cr-084-1 |

| PRESIDING JUDGE<br>Christina Reiss, District Judge | PLAINTIFF'S ATTORNEY<br>AUSA Michael Drescher | DEFENDANT'S ATTORNEY<br>AFPD Mary Nerino |
|---|---|---|
| TRIAL DATE (S)<br>5/13/2022, 5/26/2022, 6/1/2022 | COURT REPORTER<br>Johanna Masse | COURTROOM DEPUTY<br>Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/13/2022 | yes | yes | Phone message to GH Barlow 7/17/2021 |
| 2 | | 5/13/2022 | yes | yes | Picture of house 7 Edith Place |
| 3 | | 5/13/2022 | yes | yes | Picture Drive way/garage 7 Edith Place |
| 4 | | 5/13/2022 | yes | yes | Picture basemant room of 7 Edith Place |
| | | | | | |
| 1A | | 5/13/2022 | yes | yes | Email and transcript of voicemail to GH Barlow 7/17/2021 |
| | | | | | |
| | | | | | |
| 8 | | 5/13/2022 | yes | yes | Picture of utility closet 7 Edith Place |
| 9 | | 5/13/2022 | yes | yes | Invoice well pump replacement, JH Barlow |
| 10 | | 5/13/2022 | yes | yes | Letter from bank re-returned check |
| | | | | | |
| | | | | | |
| 13 | | 5/13/2022 | yes | yes | Demand Letter to clients re: returned check |
| 14 | | 5/13/2022 | yes | yes | TD Bank Statement Lexicon Limited Company |
| 15 | | 6/1/2022 | yes | yes | Alison Gu Trial testimony--certain designated sections admitted on 6/1/2022 |
| 16 | | 5/13/2022 | yes | yes | Check written to JH Barlow |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | Alison Gu | CASE NO. 2:16-cr-084-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 31a | | 6/1/2022 | yes | yes | USA v. Gu Jury Trial exhibit 31 (bates 424 and 425) POA form |
| 32a | | 6/1/2022 | yes | yes | Quitclaim dead (bates 5873, bates 5874) USA v. GU Jury Trial exhibit 52 |
| 35 | | 6/1/2022 | yes | yes | Email Det. Longo to Dft |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Witnesses for Gov't |
| | | 5/13/2022 | | | Justin Rinaldi |
| | | 5/13/2022 | | | Jeremiah Weid |
| | | 5/13/2022 | | | Rocco Longo |
| | | 5/13/2022 | | | Heather Burnett-Legrande |
| | | 5/26/2022 | | | USPO Jessica Dixon |
| | | | | | |
| | | | | | Witnesses for Dft |
| | | 6/1/2022 | | | Sean Lin |
| | | 6/1/2022 | | | Philip Lin |
| | | 6/1/2022 | | | Alison Gu/Alison Ling |
| | | | | | |

Page  2  of  2  Pages