## INDEX OF EXHIBITS

1. Exhibit A:  Satisfaction of Judgment of Restitution (3 pages)

2. Exhibit B: Policy document for the Holistic Therapy Pet Program, co-directed by Gu, in its third year of operation, and screenshots from the organization's website (17 pages)

3. Exhibit C: The first draft of the IHAI Business Plan, typed and handwritten in Wyatt Detention Facility in 2019 (40 pages)

4. Exhibit D: IHAI Social Cooperative Pitch Deck PowerPoint document produced by Gu in May 2022 (12 pages)

5. Exhibit E: Community Center Proposal to the Director of Human Services of the Town of Cheshire with the town's response (19 pages)

6. Exhibit F: IHAI Project design and planning document from Gu created in 2022 at Philadelphia FCI, including a sketch of a potential application within an inmate unit (38 pages)

7. Exhibit G: Certificates of Achievement from the Bureau of Prisons (BOP), including letters of reference from Gu's professor and mental health counselor describing her achievements inside the prison (32 pages)

8. Exhibit H: Two Nolle Pro court records: (1) New Hampshire charges related to Gu's violation of supervised release conviction, and (2) Danbury CT charges related to Gu's original federal conviction (8 pages)

9. Exhibit I-1: Two 2255 motions that Gu drafted for inmates. One of the motions was filed on behalf of her co-defendant, Abel, with copies of his own handwritten letter outlining the issues he wanted Gu to address (74 pages)

    Exhibit I-2: Requests and Grievances filed by Gu inside BOP (49 pages)

10. Exhibit J: MIT Sloan Executive Management Certificate and Graduation Thesis Primer submitted to Mary Nurino, Gu's public defender, in May 2022 (18 pages)

11. Exhibit K: Feng Yang Tui Na Traditional Chinese Medicine Practitioner Certificate (3 page)

12. Exhibit L: Software Development Agreement between Spar Corporation and PixelPlex Labs LLC (17 pages)

13. Exhibit M: Gu's Sentencing Memorandum by attorney Natasha Sen (64 pages)

14. Exhibit N: Letters Exhibit M included letters of support from Dr. Ming Wu and Gu's father and a digital presentation by Gu, all of which were submitted to Gu's attorney, Mark Oettinger, before her sentencing hearing for the violation (5 pages)

15. <u>Exhibit O</u>: PixelPlex team members' formal reference letters and e-mail exchanges submitted to Gu's attorney, Mary Nurino, supporting Gu's integrity for her supervised release violation proceeding in 2022 (10 pages)

16. <u>Exhibit P</u>: Gu's pro se Motion for Summary Judgment, Town of Cheshire v. Ling, Oct. 27, 2023 (111 pages)

17. <u>Exhibit Q</u>: Philip Lin's court conservatorship documents and disability determination letter from the Social Security Administration (5 pages)

18. <u>Exhibit R-1*</u>: Screenshots of Philip's school and medical records since 2014 (3 pages, 48MB)

    <u>Exhibit R-2</u>: Records showing Gu's advocacy for her disabled son both inside and outside of prison (38 pages)

19. <u>Exhibit S:</u> Police reports dating between 2015 and 2023 documenting Philip's mental health crisis. The reports include one from June 12, 2022, in which Gu alerted local authorities to Philip's suicidal behavior (109 pages)

20. <u>Exhibit T*</u>: Screenshots of Gu's research and work files 2021 – 2023 (10 pages, 10GB, 2,675 files)

21. <u>Exhibit U*</u>: Screenshots of Gu's work and study paper files during incarceration (3 pages, 730MB)

22. <u>Exhibit V</u>: Interview notes with Attorney Jackie Chan taken by investigator Susan Randall during Gu's federal trial preparation (7 pages).

23. <u>Exhibit W</u>: Gu's 2255 petition to court challenging her original conviction and subsequent supervised release sentence due to ineffective legal representation received from multiple court-appointed counsels (27 pages).

24. <u>Exhibit X</u>: Letters received in prison from Gu's children, family, and friends (53 pages)

25. <u>Exhibit Y</u>: Letter of support from a board member of the nonprofit organization Gu's currently serving as an independent director, and her letter of appointment (9 pages).

26. <u>Exhibit Z</u>: Gu's letter of explanation for delays in filing this petition with a factual account and timeline of events leading to her recent charge (to be filed separately by 12/11/23).

   *\* These files are presented to the court in screenshot format for efficiency and privacy reasons. Gu will provide file links to access and verify the individual documents upon request.*