





影视 Lily

分享

(718) 309-09
手机 ｜ 美国

Signal

默认铃声



← 详细资料



亚美法协会
微信号: AALDEF

设置备注和标签

更多

发消息

视频聊天









05:31



**NEW HAMPSHIRE**

**OPR**

NH
USA

OPERATOR

4d.
**09CNA80281**

3.DOB: **09/28/1980**

4b.Exp: **09/28/2019**

16.Hgt: 67 in
17.Wt:   140
18.Eye: BRO
19.Hair: BRO
15.Sex: F

12. AI J CHEN
8.238 BASE HILL RD APT 51
KEENE NH 034315924

SOCIAL SECURITY







↗ 已呼叫 Lily
10月30日 05:03

↗ 已呼叫 Lily
10月30日 05:06



🔒 10月30日 05:30

韩励达先生
🔒 10月30日 05:31



🔒 10月30日 05:31

韩先生给你看的陈姓ID





**Lily**
+17183090913

10月30日 05:31

韩先生给你看的陈姓ID

10月30日 05:32



10月30日 05:33



10月30日 05:33

这两张是康州房子，价值100多万的

10月30日 05:33



Signal 訊息

韩先生给你看的陈姓ID

🔒 10月30日 05:32



🔒 10月30日 05:33





L 🔒 10月30日 05:33



L 🔒 10月30日 05:33

这两张是康州房子，价值100多万的

L 🔒 10月30日 05:33



10月30日 05:41

这一张是500平方米的，开

10月30日 05:42

这3张是佛罗里达州房子，价值4...
钟

🔒 10月30日 05:39



🔒 10月30日 05:41

这一张是500平方米的，开价...

🔒 10月30日 05:42

这两张是泉州房子，价值100多万的

L 10月30日 05:33



L 10月30日 05:37



L 10月30日 05:38



10月30日 05:33



10月30日 05:37





10月30日 05:38





L
🔒 10月30日 05:38

这3张是佛罗里达州房子，价值40万，靠近迪
钟

L
🔒 10月30日 05:39



L
🔒 10月30日 05:41

这一张是500平方米的，开价40万，靠近加拿

L
🔒 10月30日 05:42

在佛蒙特州，北面比较冷，你不喜欢

L
🔒 10月30日 05:42



已呼叫 Lily
10月30日 06:04

Maybe tomorrow to Court House?!
週— 20:18

May I contact other team members?
週— 20:24

I will let you know. Most people available on Wednesday
週— 20:32

Oh~. OK.
週— 20:34

I hope I could contact them.
週— 20:36

You will meet them in court
週— 20:50

I won't know how many people going
週— 20:50

Already sent to you.
週— 21:52

☺ Signal 訊息

2015 年 3 月 27 日周五去加拿大边境达婷婷路程图



St. Albans Shopping Center (113 N Main St, St. Albans City, Vermont) 佛蒙特购物中心（停留时间大约中午到达，30 小时离开载助理婷婷去邮局办事，1 个多小时后返回，2 点左右同小刘车分手）



St. Albans 佛蒙特邮局大楼，(50 S Main St., St. Albans, VT). 下午一点左右到达，婷婷下车进去办事，一个多小时返回车里，2 点左右开回



**St. Albans Shopping Center** (113 N Main St, St. Albans City, Vermont) 佛蒙特购物中心（停留时间大约中午到达，30 小时离开载助理婷婷去邮局办事，1 个多小时后返回，2 点左右同小刘车分手）



佛蒙特邮局大楼，(50 S Main St., St. Albans, VT)．下午一点左

St. Albans 佛蒙特邮局大楼，(50 S Main St., St. Albans, VT)，下午一点左右到达，婷婷下车进去办事，一个多小时返回车里，2 点左右开回购物中心（相隔 5 分钟路程）同小刘车碰头。




Swanton 佛蒙特州靠近加拿大边境 Motel，(112 Grand Ave, Swanton, VT).
离 St. Albans 车程 15-30 分钟，下午 3 点左右载婷婷到达目的地。

 双11限量红包，速抢>>

19:08

编辑  



助理思思



干女儿婷婷





韩先生



台湾人 Allen











我叫 Allen 张，中文名字是 zhang zheng，是 1981 年出生，今年 36 岁。我从 2010 年来到美国，到现在大约 7 年了。我现在的职务是专业的 Uber 司机，空余的时间会接待国内一些观光陆游或是商务出差来的大陆同胞。

三四年前（2013–2014），通过朋友介绍，我认识了一位韩先生，四十几岁的上海人，也会说广东话。他在布鲁克林有一个房地产公司，经常叫我和另外一位司机小刘为他做私人的服务，包车接送他和他的客户或业务伙伴。他的公司是在布鲁克林五大道（5513 5th Ave.，Brooklyn, NY）那边，在一栋很大 4 层楼的砖房里面（一楼是个洗衣房 Landromat）。韩先生的业务，据我了解好像是做一些投资移民的交易。在车里我们经常聊起房地产买卖，信用贷款这些话题，听上去他很有经验，给了我一些房产建议。有时候他客户和业务伙伴在车上也是讨论这些类似的问题。我的猜测，是他的中国客人想在美国办投资移民或者是做房屋信贷。除了他这些中国人，他还有一帮老外朋友，但感觉不是一般朋友，比较像是商业伙伴。韩先生时不时去餐厅吃饭，每次请的都是不一样的人，有时是老中，有时是老外。我因为是开车司机，有时也被他叫去一起应酬。名字我记不清楚，但我记得只要有老外在场，韩先生都会带着一名翻译或是助理小姐。替韩先生做交通服务有一段时间，至少有一两年。韩先生的亲友不多，除了他和太太儿子之外，很少有碰到他的其他朋友。但有一位他的朋友我记得挺清楚的，他的名字和我一样叫 Allen，是四十来岁台湾人，和韩先生走得很近。韩先生大多是住在布鲁克林办公室楼上，Allen 住在皇后区贝塞那边，我需要经常把韩先生载去皇后区。他们应酬的地方，多数是餐厅和按摩院，他们两个经常谈的话题包括女人，赌博，信贷，假结婚之类的。帮他出车除了应酬之外，经常就是去办业务。我有载他出理地婷婷去过的地方，有银行，办公楼，律师楼，移民局，交通局等等，少数是外州的（New Hampshire 交通局）。

有一次韩先生提前一周左右预约我包车，说要载他干女儿要去加拿大蒙特利尔（Montreal）旅游。刚开始说好要包两天，让我直接把她送到加拿大，还提供我一夜宿舍费才回程。但几天后改了，只要要包车一天，把她送到美国边境附近旅馆就可以了。一大早他叫我去拉盛图书馆附近接了他的助理和他干女儿，开到康州一个小镇（Cheshire 耶鲁大学旁边，离法拉盛一个半小时车程）先和另外司机汇合，然后一起开去富芒特州 Vermont 的一个小镇（St. Albans, Vermont），很靠近加拿大。小刘车里的客户先要去办个短暂业务，叫我车紧随着他们。那个客户家好像就住在耶鲁大学附近，离开法拉盛不远，开车 1.5 小时。

那一天我能记得是一早 6 点多就出发，从图书馆出发，到了康州没多久就和小刘碰上了头。只有一个客户，过 5 分钟又接上一个客户。婷婷说不要让他们去加拿大的那个客户了，我车里的两个大女孩都是二十来岁个子差不多，助理比较漂亮（叫思思），和他干女儿（婷婷）两个人以前都坐过我的车子。在去富芒特州开的路上，我们在休息站停过几次加油（具体哪里加油不记得了，是 91 或 89 号公路旁边）。车保持一定距离跟一个客户，并不去两个客户都不知道。给一个客户吃晕车药。给 alice 的客户喝。小刘进去买了饮料给大家。韩先生干女儿叫住他拿过剩下的两瓶饮料，掏出一颗白色药片放了进去。她说是韩总吩咐的，给客户的晕车药。我记得我还和她争执，说晕车药不能放在饮料里，要分开吃。小刘也同意，但那女孩不听，嘻笑我们这是我们干不懂，我也就懒得再说话。

应该差不多是中午 12 点多的时候我们到了那个富芒特州小镇（St. Albans, Vermont），找到附近一个购物中心的停车场停下来休息（Main Street），大约 30 分钟。有一个药店 rite aid，和一个餐馆。那两位小姐从我车上下车，走到小刘那边去，讲了半天拿了一个大的黄色信封回到我车里。韩总干女儿给了我一个地址（同一条街 Main Street 一直开 5 分钟）叫我开车把她们送去。到了那边（我记得那个大楼是一个邮局 Post Office，门口有几个斜向停车位），婷婷下了车一个人进去大楼，我和思思在街边找了一个停车位等着。婷婷进去一会又出来了，在车旁边打电话约 15 分钟，又进去了。过了差不多一个多小时等她回到车上，婷婷说他们都打头回去停车场找小刘接了。婷婷说让小刘在原地等待，不要去任何地方。大约 1-2 点，思思下车坐到小刘的车里，思思下车前说小刘是返回法拉盛。我赢最后直接开往那个美国边境的汽车旅馆，比较简陋。（Swanton Motel, Grand Ave., Vermont, 89 号公路旁，离 St. Albans 15-30 分钟）。好像是 3 点。这样我他婷婷说到了目的地，自己就返回程约的了，6 个多小时，9 点多到家，没再出车。2015 年过了春节，冬天，2-3 月份，周五。最近突然收到韩先生助理思思发给我的微信，通知我说韩先生在国内犯了形式罪，问我是否可以提供一点线索。我说都我是司机，知道的不多，但有需要随时可以联系我。我告诉她以上这些我所记得的，有很多已经没有印象了。还需要联系我的话，通过短信或微信最好。

去美国边境后，又用了 1-2 次，就没消息了。

copy of document<br>Allen zhang brought<br>w/him to VS—<br>his 'script'<br>11/4/17